DON C. MOODY, ESQ.
NY BAR No. 5603758
2900 Bristol St., Building F
Costa Mesa CA 92626
866-634-3044 x1511
dmoody@cliq.com

Attorney for Defendant CARDFLEX INC. d/b/a CLIQ

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MARQUESS. d/b/a SKINITEMS.COM and SKINTRIGUE, INC.,<br><br>Plaintiffs,<br>v.<br><br>CARDFLEX, INC. d/b/a/ CLIQ, WELLS FARGO BANK, N. A., U.S. ALLIANCE GROUP, and JOHN DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No.: 12:19-cv-4790<br><br>**ANSWER**<br><br>Removed from Supreme Court of N.Y., Suffolk County (623115/2018)<br>Removal Date:  August 20, 2019<br>Trial Date: None set |

COMES NOW Defendant CARDFLEX, INC. dba CLIQ ("CARDFLEX" or "Defendant") in the above-captioned action, and that answers the Plaintiffs' Complaint by generally denying all of the allegations in the Complaint, except as may be specifically admitted or denied below, with each specific denial referring to numbered paragraphs in said Complaint.

///

## **PARTIES**

1.  Answering Paragraph 1, Defendant is without sufficient knowledge or either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

2.  Answering Paragraph 2, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

3.  Answering Paragraph 3, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

4.  Answering Paragraph 4, Defendant ADMITS the allegations in this Paragraph.

5.  Answering Paragraph 5, Defendant ADMITS the allegations in this Paragraph.

6.  Answering Paragraph 6, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

7.  Answering Paragraph 7, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

8.  Answering Paragraph 8, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

9.  Answering Paragraph 9, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

10. Answering Paragraph 10, this involves conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

11. Answering Paragraph 11, this involves conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

12. Answering Paragraph 12, Defendant ADMITS that Plaintiffs have personal jurisdiction over Defendant CARDLFEX, INC. dba CLIQ, but is without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

///

///

13. Answering Paragraph 13, Defendant ADMITS that venue is proper as to Defendant CARDLFEX, INC. dba CLIQ, but is without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

14. Answering Paragraph 14, Defendant ADMITS that New York Law generally governs the agreement(s) at issue in the instant action, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

15. Answering Paragraph15, Defendant is without sufficient knowledge information to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

16. Answering Paragraph 16, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

17. Answering Paragraph 17, Defendant ADMITS that Plaintiffs' overall characterization of the relationship between cardholders, card associations and various banks in a typical credit card transaction are structured is essentially accurate, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

18. Answering Paragraph 18, Defendant ADMITS that Plaintiffs' overall characterization of the role of Independent Sales Organizations ("ISOs") in a typical credit card transaction is essentially accurate, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

19. Answering Paragraph 19, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

20. Answering Paragraph 20, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

21. Answering Paragraph 21, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

22. Answering Paragraph 22, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

23. Answering Paragraph 23, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

24. Answering Paragraph 24, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

25. Answering Paragraph 25, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

26. Answering Paragraph 26, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

27. Answering Paragraph 27, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

28. Answering Paragraph 28, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

29. Answering Paragraph 29, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

///

///

30. Answering Paragraph 30, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

31. Answering Paragraph 31, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

32. Answering Paragraph 32, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

33. Answering Paragraph 33, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

34. Answering Paragraph 34, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

35. Answering Paragraph 35, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

///

///

36. Answering Paragraph 36, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

37. Answering Paragraph 37, these involve conclusions of law to no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

38. Answering Paragraph 38, these involve conclusions of law to no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

39. Answering Paragraph 39, Defendant ADMITS that it did provide prospective credit card processing clients a "Merchant Application" as part of its overall signup process, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

40. Answering Paragraph 40, Defendant ADMITS that it did provide prospective credit card processing clients a "Program Guide" as part of its overall signup process, and that the "Program Guide" contained a variety of terms and conditions, but is otherwise without sufficient knowledge to either admit or deny

the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

41. Answering Paragraph 41, Defendant ADMITS that it did provide prospective credit card processing clients a "Program Guide" as part of its overall signup process, and that the "Program Guide" contained a variety of terms and conditions, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

42. Answering Paragraph 42, Defendant ADMITS that it did provide prospective credit card processing clients a "Program Guide" as part of its overall signup process, and that the "Program Guide" contained a variety of terms and conditions, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

43. Answering Paragraph 43, Defendant ADMITS that it did provide prospective credit card processing clients a "Program Guide" as part of its overall signup process, and that the "Program Guide" contained a variety of terms and conditions, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

44. Answering Paragraph 44, Defendant ADMITS that it did provide prospective credit card processing clients a "Program Guide" as part of its overall signup process, and that the "Program Guide" contained a variety of terms and conditions, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

45. Answering Paragraph 45, Defendant ADMITS that it did provide prospective credit card processing clients a "Program Guide" as part of its overall signup process, and that the "Program Guide" contained a variety of terms and conditions, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

46. Answering Paragraph 46, Defendant DENIES the allegations in this Paragraph.

47. Answering Paragraph 47, Defendant DENIES the allegations in this Paragraph.

48. Answering Paragraph 48, Defendant ADMITS that it did provide prospective credit card processing clients a "Program Guide" as part of its overall signup process, and that the "Program Guide" contained a variety of terms and conditions, but is otherwise without sufficient knowledge to either admit or deny

the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

49. Answering Paragraph 49, this involves conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

50. Answering Paragraph 50, Defendant ADMITS that it did provide prospective credit card processing clients a "Program Guide" as part of its overall signup process, and that the "Program Guide" contained a variety of terms and conditions, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

51. Answering Paragraph 51, this involves conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

52. Answering Paragraph 52, Defendant ADMITS that it did provide prospective credit card processing clients a "Program Guide" as part of its overall signup process, and that the "Program Guide" contained a variety of terms and conditions, but is otherwise without sufficient knowledge to either admit or deny

the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

53. Answering Paragraph 53, Defendant ADMITS that it did provide prospective credit card processing clients a "Program Guide" as part of its overall signup process, and that the "Program Guide" contained a variety of terms and conditions, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

54. Answering Paragraph 54, this involves conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

55. Answering Paragraph 55, Defendant DENIES the allegations in this Paragraph.

56. Answering Paragraph 56, Defendant DENIES the allegations in this Paragraph.

57. Answering Paragraph 57, this involves conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

58. Answering Paragraph 58, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

59. Answering Paragraph 59, Defendant ADMITS the allegations in this Paragraph.

60. Answering Paragraph 60, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

61. Answering Paragraph 61, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

62. Answering Paragraph 62, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proof.

63. Answering Paragraph 63, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

64. Answering Paragraph 64, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

65. Answering Paragraph 65, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

66. Answering Paragraph 66, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

67. Answering Paragraph 67, Defendant ADMITS that a "Greer Page" formerly served as "Director of Agent Relations" for Cliq, and also ADMITS that Plaintiffs' characterization of a "Negative Address Verification System Transaction" is essentially accurate, but is otherwise without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

68. Answering Paragraph 68, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

69. Answering Paragraph 69, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

///

///

70. Answering Paragraph 70, Defendant ADMITS that a "Will Swaim" formerly served as "Director of Operations" for Cliq, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

71. Answering Paragraph 71, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

72. Answering Paragraph 72, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

73. Answering Paragraph 73, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

74. Answering Paragraph 74, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

75. Answering Paragraph 75, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

76. Answering Paragraph 76, Defendant is without sufficient knowledge to

either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

77. Answering Paragraph 77, Defendant ADMITS that a "Will Swaim" formerly served as "Director of Operations" for Cliq, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

78. Answering Paragraph 78, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

79. Answering Paragraph 79, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

80. Answering Paragraph 80, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

81. Answering Paragraph 81, Defendant DENIES the allegations in this Paragraph.

82. Answering Paragraph 82, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

83. Answering Paragraph 83, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

84. Answering Paragraph 84, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

85. Answering Paragraph 85, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

86. Answering Paragraph 86, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

87. Answering Paragraph 87, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

88. Answering Paragraph 88, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

///

///

89. Answering Paragraph 89, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

90. Answering Paragraph 90, Defendant DENIES the allegations in this Paragraph.

91. Answering Paragraph 91, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

92. Answering Paragraph 92, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

93. Answering Paragraph 93, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

94. Answering Paragraph 94, Defendant ADMITS that Plaintiffs' overall characterization of the 'TMF/MATCH lists" is essentially accurate, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

///

95. Answering Paragraph 95, Defendant ADMITS that Plaintiffs' overall characterization of the 'TMF/MATCH lists" is essentially accurate, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

96. Answering Paragraph 96, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

97. Answering Paragraph 97, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

98. Answering Paragraph 98, Defendant DENIES the allegations in this Paragraph.

99. Answering Paragraph 99, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

100.   Answering Paragraph 100, Defendant ADMITS that a "Tiffany Georsky" was a former employee Cliq, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

101.   Answering Paragraph 101, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

102.   Answering Paragraph 102, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

103.   Answering Paragraph 103, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

104.   Answering Paragraph 104, Defendant DENIES the allegations in this Paragraph.

105.   Answering Paragraph 105, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

106.   Answering Paragraph 106, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

107.   Answering Paragraph 107, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

108.   Answering Paragraph 108, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

109.   Answering Paragraph 109, Defendant DENIES the allegations in this Paragraph.

110.   Answering Paragraph 110, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

111.   Answering Paragraph 111, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

112.   Answering Paragraph 112, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

113.   Answering Paragraph 113, Defendant ADMITS that a "Jamie Gonzalez" is a current employee Cliq, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

///

///

114.   Answering Paragraph 114, Defendant ADMITS that a "Jamie Gonzalez" is a current employee Cliq, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

115.   Answering Paragraph 114, Defendant ADMITS that a "Jamie Gonzalez" is a current employee Cliq, but is otherwise without sufficient knowledge to either admit or deny the remaining allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

116.   Answering Paragraph 116, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

117.   Answering Paragraph 117, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

118.   Answering Paragraph 118, as this involves Plaintiffs realleging each of their preceding allegations from Paragraphs 1 through 117, Defendant realleges each of its preceding denials, admissions and responses in turn.

///

///

///

119. Answering Paragraph 119, these involve conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

120. Answering Paragraph 120, Defendant ADMITS the allegations in this Paragraph.

121. Answering Paragraph 121, Defendant DENIES the allegations in this Paragraph.

122. Answering Paragraph 122, Defendant DENIES the allegations in this Paragraph.

123. Answering Paragraph 123, Defendant DENIES the allegations in this Paragraph.

124. Answering Paragraph 124, Defendant DENIES the allegations in this Paragraph.

125. Answering Paragraph 125 Defendant DENIES the allegations in this Paragraph.

126. Answering Paragraph 126, as this involves Plaintiffs realleging each of their preceding allegations from Paragraphs 1 through 125, Defendant realleges each of its preceding denials, admissions and responses in turn.

///

127.   Answering Paragraph 127, these involve conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

128.   Answering Paragraph 128, these involve conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

129.   Answering Paragraph 129, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

130.   Answering Paragraph 130, Defendant DENIES the allegations in this Paragraph.

131.   Answering Paragraph 131, Defendant DENIES the allegations in this Paragraph.

132.   Answering Paragraph 132, Defendant DENIES the allegations in this Paragraph.

133.   Answering Paragraph 133, Defendant DENIES the allegations in this Paragraph.

///

134.    Answering Paragraph 134, Defendant DENIES the allegations in this Paragraph.

135.    Answering Paragraph 135, Defendant DENIES the allegations in this Paragraph.

136.    Answering Paragraph 136, Defendant DENIES the allegations in this Paragraph.

137.    Answering Paragraph 137, Defendant DENIES the allegations in this Paragraph.

138.    Answering Paragraph 138, as this involves Plaintiffs realleging each of their preceding allegations from Paragraphs 1 through 137, Defendant realleges each of its preceding denials, admissions and responses in turn.

139.    Answering Paragraph 139, Defendant DENIES the allegations in this Paragraph.

140.    Answering Paragraph 140, Defendant DENIES the allegations in this Paragraph.

141.    Answering Paragraph 141, Defendant DENIES the allegations in this Paragraph.

142.    Answering Paragraph 142, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

143.    Answering Paragraph 143, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

144.    Answering Paragraph 144, Defendant DENIES the allegations in this Paragraph.

145.    Answering Paragraph 145, Defendant DENIES the allegations in this Paragraph.

146.    Answering Paragraph 146, Defendant DENIES the allegations in this Paragraph.

147.    Answering Paragraph 147, as this involves Plaintiffs realleging each of their preceding allegations from Paragraphs 1 through 146, Defendant realleges each of its preceding denials, admissions and responses in turn.

148.    Answering Paragraph 148, these involve conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

149.    Answering Paragraph 149, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

///

150.   Answering Paragraph 150, these involve conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

151.   Answering Paragraph 151, Defendant is without sufficient information to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

152.   Answering Paragraph 152, Defendant DENIES the allegations in this Paragraph.

153.   Answering Paragraph 153, Defendant is without sufficient information to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

154.   Answering Paragraph 154, Defendant DENIES the allegations in this Paragraph.

155.   Answering Paragraph 155, as this involves Plaintiffs realleging each of their preceding allegations from Paragraphs 1 through 154, Defendant realleges each of its preceding denials, admissions and responses in turn.

156.   Answering Paragraph 156, Defendant is without sufficient information to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

157.   Answering Paragraph 157, Defendant is without sufficient information to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

158.   Answering Paragraph 158, Defendant is without sufficient information to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

159.   Answering Paragraph 159, Defendant is without sufficient information to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

160.   Answering Paragraph 160, these involve conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

161.   Answering Paragraph 161, as this involves Plaintiffs realleging each of their preceding allegations from Paragraphs 1 through 160, Defendant realleges each of its preceding denials, admissions and responses in turn.

162.   Answering Paragraph 162, these involve conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

163.   Answering Paragraph 163, these involve conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge to either admit or deny the allegations contained therein and heretofore DENIES same and leaves Plaintiffs to their proofs.

164.   Answering Paragraph 164, Defendant DENIES the allegations in this Paragraph.

165.   Answering Paragraph 165, Defendant DENIES the allegations in this Paragraph.

166.   Answering Paragraph 166, as this involves Plaintiffs realleging each of their preceding allegations from Paragraphs 1 through 165, Defendant realleges each of its preceding denials, admissions and responses in turn.

167.   Answering Paragraph 167, Defendant ADMITS that Plaintiffs "maintained a relationship" with Defendant CARDFLEX INC. dba CLIQ relating to credit card processing, but is otherwise without sufficient information to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

168.   Answering Paragraph 168, Defendant is without sufficient information to either admit or deny the allegations contained therein and therefore DENIES same and leaves Plaintiffs to their proofs.

///

169.   Answering Paragraph 169, Defendant DENIES the allegations in this Paragraph.

170.   Answering Paragraph 170, Defendant DENIES the allegations in this Paragraph.

## AFFIRMATIVE DEFENSES

As and for its affirmative defenses to the Complaint, without prejudice to the various denials, admissions and allegations set forth above, or to any applicable burden of proof, and while simultaneously reserving the right to raise additional affirmative defenses on an as-needed basis, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
(Unclean Hands)

1.   Defendants' claims, and each of them, are barred, entirely or in part, by their unclean hands.

### SECOND AFFIRMATIVE DEFENSE
(Laches)

2.   Plaintiffs' claims, and each of them, are barred, entirely or in part, by the Doctrine of Laches.

### THIRD AFFIRMATIVE DEFENSE
(Waiver)

3.   Plaintiffs' claims, and each of them, are barred, entirely or in part,

///

because Plaintiffs have waived their rights, if any, to recover the relief sought in the Complaint.

## FOURTH AFFIRMATIVE DEFENSE
### (Intervening/Supervening Cause)

4.    Plaintiffs' claims, and each of them, are barred, entirely or in part, because any injury or loss sustained was caused by intervening or supervening events and/or conduct over which Defendant had and has no control.

## FIFTH AFFIRMATIVE DEFENSE
### (Equitable Indemnity)

5.    To the extent that Plaintiffs have suffered any damage as a result of any alleged act or omission of Defendant, Defendant is entitled to equitable indemnity according to comparative fault from other persons and/or entities causing or contributing to such damages.

## SIXTH AFFIRMATIVE DEFENSE
### (Estoppel)

6.    Plaintiffs' claims, and each of them, are barred, entirely or in part, by the Doctrine of Estoppel.

## SEVENTH AFFIRMATIVE DEFENSE
### (Mistake)

7.    Plaintiffs' claims, and each of them, are barred, entirely or in part, by a mutual mistake of fact in the contract(s) at issue.

## EIGHTH AFFIRMATIVE DEFENSE
(Accord & Satisfaction)

8.      Plaintiffs' claims, and each of them, are barred, entirely or in part, by an independent accord between the parties hereto, and full satisfaction of same.

## NINTH AFFIRMATIVE DEFENSE
(Failure to Mitigate Damages)

9.      Plaintiffs' claims, and each of them, are barred, entirely or in part, by failing to mitigate their damages.

## TENTH AFFIRMATIVE DEFENSE
(Fraud)

10.     Plaintiffs' claims, and each of them, are barred, entirely or in part, by engaging in fraudulent conduct.

## ELEVENTH AFFIRMATIVE DEFENSE
(Failure to Join Indispensable Parties)

11.     Plaintiffs' claims, and each of them, are barred, entirely or in part, due to their failure to join one or more indispensable parties.

Defendant reserves the right to assert additional affirmative defenses if discovery or Defendant's investigation reveals grounds for the assertion of the additional defenses, including without limitation affirmative defenses that are referenced in Rule 8(c) of the Federal Rules of Civil Procedure or are otherwise available under applicable law.

# V. PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully prays to this Court for:

1.      Plaintiffs to take nothing by way of this lawsuit;

2.      The Complaint to be dismissed with prejudice;

3.      Defendant to recover its costs and reasonable attorneys' fees from Plaintiffs, subject to proof;

4.      For such other and further relief in favor of Defendant as this Court deems just and proper.


Dated: August 27, 2019                    DON C. MOODY, ESQ.

                                          /s/ donmoody
                                          Attorney for Defendant
                                          CARDFLEX, INC. dba "CLIQ"

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Answer was served via CM/ECF and U.S. Mail, postage prepaid, on the following counsel of record on August 27, 2019:

i)      Howard Bender, Esq.

800 Westchester Ave., Ste. 641-N

Rye Brook, NY 10573

*Attorney for Plaintiffs*

ii)     Fadi Cheikha

29883 Santa Margarita Pkwy.

Rancho Santa Margarita, CA 92688

*Agent for Service of Process for Defendant US Alliance Group, Inc.*

iii)    John W. Peterson, Esq.

401 Commerce St., Ste. 900

Nashville TN  37219

*Attorney for Defendant Wells Fargo Bank, N. A.*

/s/ donmoody

Don C. Moody, Esq.

(NY Bar. No. 5603758)