UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MARQUESS d/b/a SKINITEMS.COM and SKINTRIGUE, INC., | No. 19-CV-4790-ERK-AYS<br><br>**CERTIFICATE OF SERVICE** |
| -against- | |
| CARDFLEX, INC. d/b/a CLIQ, WELLS FARGO BANK, N.A., U.S ALLIANCE GROUP, INC., and JOHN DOES 1-10 INCLUSIVE,<br><br>Defendants. | |

## **CERTIFICATE OF SERVICE**

I, John W. Peterson, hereby certify that I served this Court's Scheduling Order entered March 7, 2022 via e-mail and U.S. Mail, postage prepaid, on Plaintiff, Gregory Marquess, as follows:

Gregory Marquess
12813 Ursa Major Path
Austin, Texas 78732
(512) 639-1239
gregmarquess@hotmail.com

On this the 8th day of March, 2022.

                                                      Respectfully submitted,

                                                      POLSINELLI PC

                                                      By: */s/ John Peterson*
                                                      John W. Peterson (#5394200)
                                                      401 Commerce Street, Suite 900
                                                      Nashville, TN 37219
                                                      john.peterson@polsinelli.com
                                                      (615) 259-1510

                                                      Matthew S. Knoop *pro hac vice*
                                                      1201 West Peachtree Street NW, Suite 1100
                                                      Atlanta, GA 30309
                                                      mknoop@polsinelli.com
                                                      (404) 253-6023
                                                      *Attorneys for Defendant*
                                                      *Wells Fargo Bank, N.A.*